UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IBM SECURITIES LITIGATION | Case No.: 13 Civ. 8818 (DLC)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

5/5/2014

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,

DATED: May 2, 2014

/s/ John C. Browne
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

Gerald H. Silk
John C. Browne
Avi Josefson
Lauren A. Ormsbee
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554 1400
Facsimile: (212) 554 1444
jerry@blbglaw.com
avi@blbglaw.com

*Counsel for Lead Plaintiff, Louisiana Sheriffs' Pension & Relief Fund*

So ordered.

/s/ Denise Cote
May 5, 2014